IN RE ORDER FOR PAYMENT STATE OF NEW
JERSEY v. JOSEPH KAHN.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY JEFFERSON MORGAN.

June 19, 1984.

Certification is granted, and the judgment of the Appellate
Division is summarily reversed and the matter is remanded to
the Appellate Division for reconsideration in light of *State v.
Roth*, 95 *N.J.* 334 (1984) and *State v. Hodge*, 95 *N.J.* 369 (1984).

STATE OF NEW JERSEY v. DENNIS PRIESTER.

June 19, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHNNIE LEE KEARNY.

June 19, 1984.

Petition for certification denied.